UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS DENNIS, JR. individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:18-cv-00339-RLY-MPB |
| NIAGARA CREDIT SOLUTIONS, INC. ) and ) LVNV FUNDING, LLC, ) ) ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Today, the court granted Defendants' Motion for Judgment on the Pleadings. The court now enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 12th day of March 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1